**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Ray A. Carter, as Trustee of the Taft-Hartley Trust Funds; et al.,<br><br>            Plaintiffs,<br><br>v.<br><br>Burgess Air Conditioning & Heating, Incorporated, an Arizona corporation,<br><br>            Defendant. | No. CV-05-3172-PHX-SMM<br><br>**ORDER** |

Having received Plaintiffs' Notice of Voluntary Dismissal pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, filed with the Court on March 27, 2007, and good cause appearing,

**IT IS ORDERED** that Plaintiffs' Complaint [Doc. No. 1] is DISMISSED WITHOUT PREJUDICE.

**IT IS FURTHER ORDERED** that the Clerk of Court shall terminate this case.

**DATED** this 28th day of March, 2007.

Stephen M. McNamee
United States District Judge